505 A.2d 250

**COMMONWEALTH of Pennsylvania**

v.

**Kenneth Ned INGBER, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 21, 1986.

Petition for Allowance of Appeal GRANTED, No. 7 E.D. Appeal Docket 1986.

505 A.2d 250

**Eugene R. LEWIS and Jane M. Lewis, h/w,**

v.

**COFFING HOIST DIVISION, DUFF-NORTON CO., INC., Petitioner.**

Supreme Court of Pennsylvania.

Jan. 30, 1986.

Petition for Allowance of Appeal GRANTED, No. 14 E.D. Appeal Docket 1986.